# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JOHN GRIMES, SR.**  **PLAINTIFF**
**ADC #113240**

v.  Case No: 4:23-cv-01114-JM

**ERIC HIGGINS,** *et al.*  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 27th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE